UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ 08 CV 03314

Esther Johnson,

        Plaintiff,                     :      **Summons In A Civil Action**

    -against-                     :      Case No.  **JUDGE RAKOFF**

Building Service 32B-J Health Fund,
Building Service 32B-J Pension Fund,
the Board of Trustees of the Building    :
Service 32B-32J Health Fund, and the
Board of Trustees of the Building
Service 32B-32J Pension Fund,

                                :

        Defendants.
------------------------------------------------------------X

*[handwritten: 12:10 pm received by Elie Cheng]*

To:    Building Service 32B-J Health Fund,
        Building Service 32B-J Pension Fund
        Board of Trustees of the Building Service 32B-32J Health Fund
        Board of Trustees of the Building Service 32B-32J Pension Fund
        101 Avenue of the Americas, New York, New York 10013

YOU ARE HERBY SUMMONED and required to serve on PLAINTIFF'S attorney

Gary Stone, Esq.
Of Counsel to John C. Gray
South Brooklyn Legal Services
105 Court Street 3rd floor
Brooklyn, New York 11201

an answer to the complaint which is served on you with this summons within 20 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any action that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

**J. MICHAEL McMAHON**                              APR 0 2 2008
Clerk                                                                Date

(By) Deputy Clerk                     1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-4-08 |
| NAME OF SERVER (PRINT) GARY STONE | TITLE ATTORNEY FOR PLAINTIFF |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/08
               Date

Signature of Server: *Gary Stone*

Address of Server: South Brooklyn Legal Services.
105 Court St 3d Fl
Brooklyn, NY 11201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.